**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                                                      Case No.: 8:04-CR-457-T-30EAJ

**ALEXIS ROLAN AYALA**.
_____/

**ORDER**

Before the court is **Defendant's Motion for Reconsideration** (Dkt. 555). To the extent that Defendant seeks reconsideration of the undersigned's order dated March 10, 2008, the motion is **DENIED**.

Reconsideration of a previous order is an extraordinary remedy, one that is reserved for those instances where the facts or law are so strongly convincing as to induce the court to reverse its prior decision. Ludwig v. Liberty Mut. Fire Ins. Co., No. 03-CV-2378-T, 2005 WL 1053691, at *3 (M.D. Fla. Mar. 30, 2005) (citations omitted). Courts have recognized three grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or manifest injustice. Florida College of Osteopathic Medicine, Inc. v. Dean Witter Reynolds, Inc., 12 F. Supp.2d 1306, 1308 (M.D. Fla. 1998) (citing Major v. Benton, 647 F.2d 110, 112 (10th Cir. 1981)). A motion for reconsideration does not provide an opportunity to simply reargue an issue the court has determined. Quitto v. Bay Colony Golf Club, Inc., No. 2:06-cv-286-FtM-29DNF, 2007 U.S. Dist. LEXIS 71559, at * 2 (M.D. Fla., Aug. 13, 2007). Further, motions for reconsideration are not to be used "to raise arguments, which could and should have been made earlier." Prudential Securities, Inc. v. Emerson, 919 F. Supp. 415, 417 (M.D. Fla. 1996).

In the instant motion to reconsider, Defendant does not argue that there has been an intervening change in controlling law, present previously unavailable evidence, or show that reconsideration is necessary to correct a clear error or manifest injustice. Thus, the court concludes that Defendant has failed to meet the standard for reconsideration and the motion is **denied** to the extent that the undersigned is asked to reconsider her prior order.

**DONE** and **ORDERED** in Tampa, Florida on this 13th day of May, 2008.

ELIZABETH A JENKINS
United States Magistrate Judge